UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROCHELLE GLAUS and ROBERT GLAUS,

        Plaintiffs,

        v.                                       Case No. 23-C-1505

FLEMING CONSTRUCTION, INC. and
MATTHEW FLEMING,

        Defendants.

---

## ORDER

---

      Matthew Flemming, Defendant in the above action, filed a bankruptcy case pursuant to Chapter 7 of the Bankruptcy Code in the Western District of Michigan on October 10, 2024. The court received notice of the Chapter 7 filing on November 6, 2024. Based upon the provisions of 11 U.S.C. § 362, this matter is stayed and the Clerk shall administratively close this case pending the issuance of an order of the Bankruptcy Court for dismissal, discharge, or the granting of relief from the stay. All future hearings are cancelled, and all future deadlines are vacated.

      The parties are ordered to promptly notify this court of the issuance of any such order within a reasonable time after the order issues.

      **SO ORDERED** at Green Bay, Wisconsin this 7th day of November, 2024.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach
                                                        United States District Judge